IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA

IN RE:

RUSSELL L FARNSWORTH  
KONNI G FARNSWORTH

Chapter 7  
CASE NO. 08-01105-lmj7

Debtor(s)

# REPORT OF TRUSTEE UNDER BANKRUPTCY RULE 3011 FOR UNCLAIMED FUNDS

COMES NOW the trustee, Donald F. Neiman, and for this report of trustee under Bankruptcy Rule 3011 for unclaimed funds, states as follows:

1. No funds or assets of the estate will remain after payment of unclaimed dividends to the Court Registry Fund as follows:

| Claim No. | Creditor Name and Address | Claim Amount | Percentage Paid | Amount of Dividend |
|---|---|---|---|---|
| 3 | Chase Bank USA NA<br>PO Box 15145<br>Wilmington, DE  19850-5145 | $763.48 | .41% | $3.13 |

WHEREFORE, the trustee, Donald F. Neiman, files his Report Under Bankruptcy Rule 3011 for Unclaimed Funds.

*/s/     Donald F. Neiman     .*  
DONALD F. NEIMAN, Trustee  
IS #9999933  
801 Grand Avenue, Suite 3700  
Des Moines, Iowa 50309-8004  
Telephone:  1-515-246-5877